IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**THEOPHILUS LEE, JR.,**

    **Plaintiff,**

v.                                          Case No. 3:25-cv-1819-AW-ZCB

**SGT. SHIELDS, et al.,**

    **Defendants.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 7), and having carefully considered de novo the issues raised in Plaintiff's objections (ECF No. 8), I now adopt the report and recommendation and incorporate it into this order.

As the magistrate judge notes, Plaintiff did not accurately disclose his litigation history. This warrants dismissal without prejudice for the reasons the magistrate judge explains. Plaintiff says in his objection that he "didn't know a § 2254 habeas corpus was considered as filing a lawsuit." ECF No. 8. But the question on the complaint form asks if the filer has "filed any other lawsuit, habeas corpus petition, or appeal . . . challenging [his] conviction." ECF No. 6 at 12. It clearly covers habeas petitions and does not require the filer to determine whether a habeas corpus petition is a "lawsuit." At any rate, Plaintiff left the question blank rather than answering "no," which is what one would do if he thought his previous

1

action was not a "lawsuit, habeas corpus petition, or appeal." The bottom line is that dismissal is appropriate. Because the dismissal is without prejudice, and because the statute of limitation has not run (Plaintiff alleges a beating on March 4, 2025, *see* ECF No. 6 at 5), Plaintiff may file a new action that complies with the court's local rules.

The clerk will enter a judgment that says, "This case is dismissed without prejudice based on the court's inherent power to manage its docket and enforce the Local Rules and based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

SO ORDERED on December 9, 2025.

s/ *Allen Winsor*  
Chief United States District Judge

2